| Attorney or Party without Attorney: <br> GUY W. CHAMBERS <br> TOWNSEND AND TOWNSEND AND CREW LLP <br> TWO EMBARCADERO CENTER, 8TH FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415 576-0200    FAX No: 415 576-0300 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 027592-100 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

Plaintiff: CHICAGO METALLIC CORPORATION
Defendant: DETENTION DEVICE SYSTEMS, INCORPORATED

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08 3042 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Complaint For Trademark Infringement And Unfair Competition; Case Management Conference Order; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Ecf Registration Information Handout; Welcome To The U.S. District Court; Drop Box Filing Procedures; Public Notice; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served:      DETENTION DEVISE SYSTEMS, INCORPORATED
   b. Person served:     STEVE R. ALLINGTON, AGENT FOR SERVICE

4. Address where the party was served:     25545 SEABOARD LANE
                                            HAYWARD, CA 94544

5. I served the party:
   b. **by substituted service.** On: Thu., Jul. 10, 2008 at: 1:15PM by leaving the copies with or in the presence of:
      SUSAN MARIANO, RECEPTIONIST
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: DETENTION DEVISE SYSTEMS, INCORPORATED
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO                  d. **The Fee** for Service was:

   **First Legal Support Services**      e. I am: (3) registered California process server
   ATTORNEY SERVICES                            (i)   Independent Contractor
   1138 HOWARD STREET                           (ii)  Registration No.:    2005-0000968-00
   San Francisco, CA 94103                      (iii) County:              San Francisco
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Jul. 11, 2008

                                                                    (RAIMUNDO CARVALHO)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007        PROOF OF SERVICE
                                              SUMMONS IN A CIVIL              6429835.towto-sf.147085

| Attorney or Party without Attorney: GUY W. CHAMBERS<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>TWO EMBARCADERO CENTER, 8TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415 576-0200    FAX No: 415 576-0300 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: 027592-100 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CHICAGO METALLIC CORPORATION
Defendant: DETENTION DEVICE SYSTEMS, INCORPORATED

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 3042 EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Complaint For Trademark Infringement And Unfair Competition; Case Management Conference Order; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Ecf Registration Information Handout; Welcome To The U.S. District Court; Drop Box Filing Procedures; Public Notice; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., Jul. 11, 2008
   b. Place of Mailing:        SAN FRANCISCO, CA 94103
   c. Addressed as follows:    DETENTION DEVISE SYSTEMS, INCORPORATED
                               25545 SEABOARD LANE
                               HAYWARD, CA 94544

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jul. 11, 2008 in the ordinary course of business.

5. Person Serving:                                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                           d. *The Fee* for Service was:
   b. FIRST LEGAL SUPPORT SERVICES                           e. I am: (3) registered California process server
      1138 HOWARD STREET                                          (i)   Independent Contractor
      SAN FRANCISCO, CA 94103                                     (ii)  Registration No.:   2008-0001059
   c. 415-626-3111                                                (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Jul. 11, 2008

   (AARON DANIEL)

Judicial Council Form POS-010                  PROOF OF SERVICE                        6429835.towto-sf.147085
Rule 2.150.(a)&(b) Rev January 1, 2007              By Mail