

FILED

08 AUG -6 PM 12: 13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  GUY W. CHAMBERS (CA State Bar No. 101611)
   Email: gwchambers@townsend.com
2  MARC M. GORELNIK (CA State Bar No. 166833)
   Email: mmgorelnik@townsend.com
3  TOWNSEND AND TOWNSEND AND CREW LLP
   Two Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3834
   Telephone: (415) 576-0200
5  Facsimile: (415) 576-0300

6  STEPHEN B. HELLER
   Email: sheller@cookalex.com
7  COOK ALEX LTD.
   200 West Adams Street, Suite 2850
8  Chicago, Illinois 60606
   Telephone: (312) 236-8500
9  Facsimile: (312) 236-8176

10 Attorneys for Plaintiff
   CHICAGO METALLIC CORPORATION
11

12
                IN THE UNITED STATES DISTRICT COURT
13
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 | CHICAGO METALLIC CORPORATION,          | Case No. CV 08 3042 EMC
16 |                  Plaintiff,            |
                                            | **APPLICATION FOR ADMISSION
17 |         v.                             | OF ATTORNEY *PRO HAC VICE***
18 | DETENTION DEVICE SYSTEMS,              |
   | INCORPORATED,                          |
19 |                                        |
   |                  Defendant.            |
20

21

22

23

24

25

26

27

28

1  Pursuant to Civil Local Rule 11-3, Stephen B. Heller of the law firm Cook Alex Ltd., an active
2  member in good standing of the bar of the State of Illinois and the United States District Court for the
3  District of Illinois, hereby applies for admission to practice in the Northern District of California on a
4  *pro hac vice* basis representing plaintiff Chicago Metallic Corporation in the above-entitled action.
5  In support of this application, I certify on oath that:
6  1. I am an active member in good standing of a United States Court or of the highest court
7  of another State or the District of Columbia, as indicated above;
8  2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with
10 the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
11 3. An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action. The name, address and telephone number of that attorney is: Marc M. Gorelnik,
14 Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco,
15 California 94111-3834.
16 I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 14, 2008

/s/ Stephen B. Heller
Stephen B. Heller

61426742 v1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV 08 3042 EMC

2