FILED

08 AUG -6 PM 12: 14

CLERK, U S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   GUY W. CHAMBERS (CA State Bar No. 101611)
    Email: gwchambers@townsend.com
2   MARC M. GORELNIK (CA State Bar No. 166833)
    Email: mmgorelnik@townsend.com
3   TOWNSEND AND TOWNSEND AND CREW LLP
    Two Embarcadero Center, Eighth Floor
4   San Francisco, California  94111-3834
    Telephone: (415) 576-0200
5   Facsimile: (415) 576-0300

6   EDWARD D. MANZO
    Email: emanzo@cookalex.com
7   COOK ALEX LTD.
    200 West Adams Street, Suite 2850
8   Chicago, Illinois  60606
    Telephone: (312) 236-8500
9   Facsimile: (312) 236-8176

10  Attorneys for Plaintiff
    CHICAGO METALLIC CORPORATION
11

12                  IN THE UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  CHICAGO METALLIC CORPORATION,          Case No.  CV 08 3042 EMC

16              Plaintiff,
                                           **APPLICATION FOR ADMISSION**
17        v.                               **OF ATTORNEY *PRO HAC VICE***

18  DETENTION DEVICE SYSTEMS,
    INCORPORATED,
19
                Defendant.
20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 11-3, Edward D. Manzo of the law firm Cook Alex Ltd., an

2    active member in good standing of the bars of the State of Illinois and the State of New York, and the

3    United States District Court for the District of Illinois, hereby applies for admission to practice in the

4    Northern District of California on a *pro hac vice* basis representing plaintiff Chicago Metallic

5    Corporation in the above-entitled action.

6    In support of this application, I certify on oath that:

7    1.    I am an active member in good standing of a United States Court or of the highest court

8    of another State or the District of Columbia, as indicated above;

9    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

10    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with

11    the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

12    3.    An attorney who is a member of the bar of this Court in good standing and who

13    maintains an office within the State of California has been designated as co-counsel in the above-

14    entitled action. The name, address and telephone number of that attorney is: Marc M. Gorelnik,

15    Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco,

16    California 94111-3834.

17    I declare under penalty of perjury that the foregoing is true and correct.

18

19    DATED: July 14 , 2008                         _____

20                                                            Edward D. Manzo

21

22

23    61426916 v1

24

25

26

27

28