| | |
|---|---|
| 1 | GUY W. CHAMBERS (CA State Bar No. 101611) |
| | Email: gwchambers@townsend.com |
| 2 | MARC M. GORELNIK (CA State Bar No. 166833) |
| | Email: mmgorelnik@townsend.com |
| 3 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | Two Embarcadero Center, Eighth Floor |
| 4 | San Francisco, California 94111-3834 |
| | Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300 |
| 6 | EDWARD D. MANZO |
| | Email: emanzo@cookalex.com |
| 7 | COOK ALEX LTD. |
| | 200 West Adams Street, Suite 2850 |
| 8 | Chicago, Illinois 60606 |
| | Telephone: (312) 236-8500 |
| 9 | Facsimile: (312) 236-8176 |
| 10 | Attorneys for Plaintiff |
| | CHICAGO METALLIC CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO METALLIC CORPORATION, | Case No. CV 08 3042 EMC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - EDWARD D. MANZO** |
| DETENTION DEVICE SYSTEMS, INCORPORATED, | |
| Defendant. | |

1    Edward D. Manzo, an active member in good standing of the bars of the States of Illinois and
2    New York, and the United States District Court for the District of Illinois, whose business address is
3    Cook Alex Ltd., 200 West Adams Street, Suite 2850, Chicago, Illinois 60606, telephone number is
4    (312) 236-8500, and e-mail address is emanzo@cookalex.com, having applied in the above-entitled
5    action for admission to practice in the Northern District of California on a *pro hac vice* basis,
6    representing plaintiff Chicago Metallic Corporation.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8    conditions of Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and
9    to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this
10   Court. Service of papers on and communication with co-counsel designated in the application will
11   constitute notice to the party. All future filings in this action are subject to the requirements contained
12   in General Order No. 45, *Electronic Case Filing*.

13   IT IS SO ORDERED.

DATED: August __, 2008        _____
                              Magistrate Judge Edward M. Chen
                              United States District Court Judge

61466917 v1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* - EDWARD D. MANZO
Case No. CV 08 3042 EMC

2