| | |
|---|---|
| 1 | GUY W. CHAMBERS (CA State Bar No. 101611) |
|   | Email:  gwchambers@townsend.com |
| 2 | MARC M. GORELNIK (CA State Bar No. 166833) |
|   | Email:  mmgorelnik@townsend.com |
| 3 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | Two Embarcadero Center, Eighth Floor |
| 4 | San Francisco, California  94111-3834 |
|   | Telephone:  (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300 |
| 6 | EDWARD D. MANZO |
|   | Email:  emanzo@cookalex.com |
| 7 | COOK ALEX LTD. |
|   | 200 West Adams Street, Suite 2850 |
| 8 | Chicago, Illinois  60606 |
|   | Telephone: (312) 236-8500 |
| 9 | Facsimile:  (312) 236-8176 |
| 10 | Attorneys for Plaintiff |
|    | CHICAGO METALLIC CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO METALLIC CORPORATION, | Case No.  CV 08 3042 EMC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - STEPHEN B. HELLER** |
| DETENTION DEVICE SYSTEMS, INCORPORATED, | |
| Defendant. | |

1  Stephen B. Heller, an active member in good standing of the bars of the State of Illinois and
2  the United States District Court for the District of Illinois, whose business address is Cook Alex Ltd.,
3  200 West Adams Street, Suite 2850, Chicago, Illinois 60606, telephone number is (312) 236-8500,
4  and e-mail address is sheller@cookalex.com, having applied in the above-entitled action for admission
5  to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Chicago
6  Metallic Corporation.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and
9  to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this
10 Court.  Service of papers on and communication with co-counsel designated in the application will
11 constitute notice to the party.  All future filings in this action are subject to the requirements contained
12 in General Order No. 45, *Electronic Case Filing*.

13  IT IS SO ORDERED.

15  DATED: August __, 2008                    _____
                                              Magistrate Judge Edward M. Chen
16                                            United States District Court Judge

18  61466961 v1