1 | GUY W. CHAMBERS (CA State Bar No. 101611)
Email: gwchambers@townsend.com
2 | MARC M. GORELNIK (CA State Bar No. 166833)
Email: mmgorelnik@townsend.com
3 | TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
4 | San Francisco, California  94111-3834
Telephone:  (415) 576-0200
5 | Facsimile:  (415) 576-0300

6 | EDWARD D. MANZO
Email:  emanzo@cookalex.com
7 | COOK ALEX LTD.
200 West Adams Street, Suite 2850
8 | Chicago, Illinois  60606
Telephone: (312) 236-8500
9 | Facsimile:  (312) 236-8176

10 | Attorneys for Plaintiff
CHICAGO METALLIC CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHICAGO METALLIC CORPORATION, | Case No.  CV 08 3042 EMC |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - EDWARD D. MANZO** |
| DETENTION DEVICE SYSTEMS, INCORPORATED, | |
| Defendant. | |

1  Edward D. Manzo, an active member in good standing of the bars of the States of Illinois and
2  New York, and the United States District Court for the District of Illinois, whose business address is
3  Cook Alex Ltd., 200 West Adams Street, Suite 2850, Chicago, Illinois 60606, telephone number is
4  (312) 236-8500, and e-mail address is emanzo@cookalex.com, having applied in the above-entitled
5  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
6  representing plaintiff Chicago Metallic Corporation.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and
9  to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this
10 Court. Service of papers on and communication with co-counsel designated in the application will
11 constitute notice to the party. All future filings in this action are subject to the requirements contained
12 in General Order No. 45, *Electronic Case Filing*.

13  IT IS SO ORDERED.

15  DATED: August 19, 2008    _____
16                              Magistrate Judge Edward M. Chen
                                United States District Court Judge

61466917 v1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* - EDWARD D. MANZO
Case No. CV 08 3042 EMC

2