GUY W. CHAMBERS (CA State Bar No. 101611)
Email:  gwchambers@townsend.com
MARC M. GORELNIK (CA State Bar No. 166833)
Email:  mmgorelnik@townsend.com
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111-3834
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

EDWARD D. MANZO
Email:  emanzo@cookalex.com
COOK ALEX LTD.
200 West Adams Street, Suite 2850
Chicago, Illinois  60606
Telephone: (312) 236-8500
Facsimile:  (312) 236-8176

Attorneys for Plaintiff
CHICAGO METALLIC CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO METALLIC CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DETENTION DEVICE SYSTEMS, INCORPORATED,<br><br>　　　　　　Defendant. | Case No.  CV 08 3042 EMC<br><br>**[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - STEPHEN B. HELLER** |

1  Stephen B. Heller, an active member in good standing of the bars of the State of Illinois and
2  the United States District Court for the District of Illinois, whose business address is Cook Alex Ltd.,
3  200 West Adams Street, Suite 2850, Chicago, Illinois 60606, telephone number is (312) 236-8500,
4  and e-mail address is sheller@cookalex.com, having applied in the above-entitled action for admission
5  to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Chicago
6  Metallic Corporation.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and
9  to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this
10 Court. Service of papers on and communication with co-counsel designated in the application will
11 constitute notice to the party. All future filings in this action are subject to the requirements contained
12 in General Order No. 45, *Electronic Case Filing*.

13 IT IS SO ORDERED.

15 DATED: August 19, 2008

  _____
  Magistrate Judge Edward M. Chen
  United States District Court Judge

61466961 v1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* - STEPHEN B. HELLER
Case No. CV 08 3042 EMC

2