GUY W. CHAMBERS (CA State Bar No. 101611)
Email:  gwchambers@townsend.com
MARC M. GORELNIK (CA State Bar No. 166833)
Email:  mmgorelnik@townsend.com
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California   94111-3834
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

EDWARD D. MANZO (admitted *pro hac vice*)
Email:  emanzo@cookalex.com
STEPHEN B HELLER (admitted *pro hac vice*)
Email:  sheller@cookalex.com
LOUIS J. ALEX (admitted *pro hac vice*)
Email:  lalex@cookalex.com
COOK ALEX LTD.
200 West Adams Street, Suite 2850
Chicago, Illinois  60606
Telephone:  (312) 236-8500
Facsimile:  (312) 236-8176

Attorneys for Plaintiff
CHICAGO METALLIC CORPORATION

JON MARK THACKER (CA State Bar No. 157182)
Email:  jthacker@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, California  95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Defendant
DETENTION DEVICE SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO METALLIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DETENTION DEVICE SYSTEMS,<br>INCORPORATED,<br><br>Defendant. | Case No.  CV 08 3042 PJH<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE**<br><br><br>**Honorable Phyllis J. Hamilton** |

1    Plaintiff Chicago Metallic Corporation, Inc. and Defendants Detention Device Systems, Inc.

2  have entered into a Settlement Agreement resolving their controversies.  Accordingly, the parties,

3  through their counsel of record, agree that this action may be dismissed with prejudice, with the

4  court retaining jurisdiction to enforce the terms of the Settlement Agreement.  Except as otherwise

5  set forth in Settlement Agreement, each party is to bear its own costs.

6    Respectfully submitted,

7

8

_____/s/ Guy W. Chambers_____        _____/s/ Jon Mark Thacker_____

9  Guy W. Chambers                          Jon Mark Thacker
   TOWNSEND AND TOWNSEND AND CREW           ROPERS, MAJESKI, KOHN & BENTLEY
10     LLP                                  50 W. San Fernando Street, Suite 1400
   Two Embarcadero Center, 8th Floor        San Jose, CA 95113
11 San Francisco, CA 94111                  408-287-6262 (T)
   415 576-0200 (T)                         408-918-4501 (F)
12 415-576-0300 (F)

13
   Attorneys for Plaintiff                  Attorneys for Defendant
14 Chicago Metallic Corporation             Detention Device Systems, Inc.

15

16    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

17    1.  This action is dismissed with prejudice.

18    2.  The Court shall retain jurisdiction for purposes of enforcing the parties' Settlement

19        Agreement.

20    3.  Except as otherwise set forth in Settlement Agreement, each party is to bear its own costs.

21

22 Dated: January ____16____, 2009

23                                          _____
                                            The Honorable Phyllis J. Hamilton
24                                          United States District

25                                          IT IS SO ORDERED
                                            Judge Phyllis J. Hamilton
26

27

28

1

<u>General Order No. 45 Attestation of Signatures</u>

2

Pursuant to General Order No. 45(X)(B), I, Guy W. Chambers, hereby attest that I have

3

obtained the concurrence in the filing of this document from all the signatures for whom a signature is

4

indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to

5

support this concurrence for subsequent production for the court if so ordered or for inspection upon

6

request.

7

8

       <u>/s/ Guy W. Chambers</u>
        Guy W. Chambers

9

10

11

12

61714410 v1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Chicago Metallic Corp. v. Detention Device Systems, Inc.*
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. CV 08 3042 PJH